MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
EDUARD R. MELESHINSKY (CSBN 300547)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th St., Suite 3-700
San Francisco, CA 94103
Telephone:  415-625-7744
Email: meleshinsky.eduard.r@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>                                        Plaintiff,<br><br>        v.<br><br>FIRST QUALITY PAINTING, INC., a<br>California Corporation; SAM JIMENEZ,<br>individually and as managing agent of the<br>entity defendant,<br><br>                                        Defendants. | Case No. 5:24-cv-2077<br><br>**COMPLAINT FOR<br>INJUNCTIVE RELIEF AND TO<br>RECOVER AMOUNTS DUE<br>UNDER THE FAIR LABOR<br>STANDARDS ACT** |

**INTRODUCTION**

1.      Plaintiff JULIE A. SU, Acting Secretary for the U.S. Department of Labor ("the Acting Secretary"), is charged with enforcing the FLSA to eliminate "labor conditions detrimental to the maintenance of the minimum standard of living necessary for health, efficiency, and general well-being of workers[.]" 29 U.S.C. § 202(a). In bringing actions under the FLSA, the Acting Secretary represents not only the interest of the individual employees affected by an employer's violations of the law, but also the public interest, including the interests of employers whose ability to compete in compliance with the law is harmed by employers who subsidize their operations by failing to pay their employees an overtime premium at a rate not less than one and one-half times their regular rate of pay for hours worked in excess of 40 hours in a workweek.

**NATURE OF THE ACTION**

2.      The Acting Secretary brings this case against First Quality Painting and Sam Jimenez, individually and as a managing agent ("Defendants") under the Fair Labor Standards Act ("FLSA").  Defendants violated the FLSA by failing to pay employees an overtime premium for all hours worked in excess of forty in a week, and failing to keep accurate records of employees' pay and hours worked.

3.      Defendants hid their illegal conduct by paying employees who worked more than forty hours in a week with a separate check or cash solely at their regular rate of pay without a half-time overtime premium. Defendants labeled these separate payments "reimbursements" or "gas reimbursements." Each employee's "reimbursement" was consistently the product of employees' regular rates of pay multiplied by either eight or sixteen hours, i.e., straight time pay for one or two days of weekend work. Whenever employees received an increase in their regular rate of pay, their "reimbursements" would increase by exactly employees' increased regular rate of pay multiplied by eight or sixteen hours. Through this scheme, Defendants tried to conceal their withholding of overtime

wages from their employees and the Acting Secretary.

4. Furthermore, Defendants' customers produced invoices showing that they requested, and Defendants provided, employees to perform weekend work. Defendants' customers paid Defendants an overtime rate for Defendants' workers to work on the weekend. Yet, Defendants' payroll records fail to reflect any weekend or overtime work performed during the time periods corresponding to the overtime work recorded in Defendants' customer invoices.

5. Defendants' illegal conduct deprives employees of earned overtime pay. Defendants' actions harm not only their own employees but also law-abiding employers who face unfair competition in the marketplace by Defendants' illegal activity. Defendants' conduct also harms and needlessly diverts resources from the Department by falsifying employees' time and pay records thereby requiring additional investigatory resources to identify Defendants' FLSA violations.

6. The Acting Secretary brings this action under Section 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, to enjoin Defendants from violating the provisions of Sections 7, 11(c), and 15(a)(2), (5) of the FLSA, 29 U.S.C. §§ 207, 211(c), 215(a)(2), (5).

7. The Acting Secretary also brings this action under Section 16(c) of the FLSA, 29 U.S.C. § 216(c), to recover unpaid overtime wages owed under the FLSA, beginning August 30, 2019, and continuing through the present, to Defendants' employees, including those listed by name on the attached Exhibit A to this Complaint, together with an equal amount as liquidated damages. The Acting Secretary will update the employees listed on Exhibit A as she identifies additional employees due wages as described herein.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction of this action under Sections 16 of the FLSA, 29 U.S.C. § 216. This Court also has subject matter jurisdiction of this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1345 (United

States as plaintiff).

9.      Venue lies in the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1391(b), because the events giving rise to the claims in this enforcement action occurred within this District.

## DEFENDANTS ARE EMPLOYERS UNDER THE FLSA

### Defendant First Quality Painting, Inc.

10.     Defendant First Quality Painting, Inc. ("FQP") is a California corporation with a principal address at 13751 Benson Avenue, Chino, California 91710.  Defendant FQP provides painting services for a variety of customers including home builders. Defendant FQP employs workers, including the employees named in Exhibit A, to provide painting services to Defendant FQP's customers.

11.     At all times relevant, Defendant FQP is and has been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint, and all other employees not yet known to the Acting Secretary whom she later identifies.

### Defendant Sam Jimenez

12.     Defendant Sam Jimenez ("Jimenez"), an individual, upon information and belief resides in Chino, California. He is the managing agent, Chief Executive Officer, Secretary, Chief Financial Officer, and sole owner of First Quality Painting, Inc.

13.     At all times relevant, Defendant Jimenez acted directly and indirectly in the interests of Defendant FQP in relation to their employees, including by determining employment practices.

14.     At all relevant times, Defendant Jimenez is responsible for major financial decisions at Defendant FQP and oversees the day-to-day operations of the business.  Defendant Jimenez has the authority to hire and fire workers at FQP. Defendant Jimenez's responsibilities include directing employee pay such as

straight time rates of pay for overtime hours worked, entering into contracts and contract modifications affecting employee scheduling, and employee supervision.

15.    Defendant Jimenez is individually liable as an employer under Section 3(d), 29 U.S.C. § 203(d), for back wages and liquidated damages owed to employees of Defendant FQP.

16.    The claims against Defendant Jimenez in this case arise out of and are directly related to his business activities in the jurisdiction of this Court.

## Defendants are an Enterprise Covered by the FLSA

17.    At all times relevant Defendant Jimenez owned, operated, and controlled Defendant FQP for the common business purpose of providing painting services to clients southern California. As a result, Defendants are and have been an "enterprise," as defined in FLSA § 3(r), 29 U.S.C. § 203(r), with business activities that are related and performed through unified operation or common control for a common business purpose.

18.    At all relevant times, two or more employees of Defendants have regularly and routinely handled or otherwise worked on goods or materials that have been moved in or produced for commerce, including paint and painting tools.

19.    At all relevant times, Defendants' enterprise had an annual gross volume of sales made or business done of not less than $500,000.00.

20.    As a result, Defendants' employees are and at all times relevant have been employees in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of Section 3(s) of the FLSA, 29 U.S.C. § 203(s).

## FACTS COMMON TO ALL CAUSES AND ACTION

21.    Defendants' employees are paid on an hourly basis.

22.    Defendants do not pay an overtime premium for all employees' hours worked over forty in a week. Instead, Defendants pay workers who work over forty hours in a week at their straight time rate of pay without including a half-time

overtime premium in employees' straight time hourly rate of pay.

23.    To cover up their withholding of employees' overtime premiums, Defendants regularly disguised payments to workers for weekend work at a straight time rate by calling them reimbursements or gas reimbursements.

24.    Defendants made these disguised straight time payments outside of their regular payroll payment process through separate checks or cash.

25.    Defendants' invoices exchanged with customers show that Defendants' employees worked on weekends at customers' worksites. Indeed, Defendants' customer invoices include line items for "overtime labor" performed on particular weekends. However, Defendants' employee payroll and time records do not reflect such weekend overtime hours and pay for employees.

26.    Defendants also exchanged text messages with client representatives to schedule overtime weekend work for Defendants' employees on specific weekend dates for which Defendants failed to produce corresponding records.

27.    For example, according to Defendants' payroll records, Employee #1 worked 40 hours during the weekly pay period ending on August 13, 2020. Employee #1 received $960 (40 hours X $24.50/hour rate) for his gross weekly pay according to Defendants' payroll records. However, Defendants provided Employee #1 a separate check outside of the regular payroll process showing a payment of $196.00. This amount is the product of Employee #1's hourly rate ($24.50) multiplied by eight hours (one day of work), to pay for Employee #1's Saturday or Sunday overtime hours without an overtime premium.

28.    When Employee #1's regular rate increased to $26.50/hour in March 2022, his "reimbursement" increased from $196.00 to $212.00, i.e., the product of his increased regular rate ($26.50/hour) multiplied by eight hours.

29.    Defendant Jimenez personally signed agreements with clients which required Defendants' employees to work on weekends.

30.    Defendant Jimenez personally signed the separate straight time checks

issued to workers which Defendants disguised as "gas reimbursements" or "reimbursements."

31.    Defendants also require employees to arrive at customers' worksites fifteen minutes before they are scheduled to begin performing tasks at customers' worksites but fail to pay employees for this fifteen-minute, pre-shift waiting time.

## CLAIMS FOR RELIEF
### First Claim for Relief
### Overtime

32.    The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

33.    Defendants willfully violated the provisions of Sections 7, and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207, and 215(a)(2), by failing to pay its employees who were employed by an enterprise engaged in commerce or in the production of goods for commerce, and who personally engaged in commerce or in the production of goods for commerce, overtime wages for their employment in excess of forty (40) hours in a workweek that should have been compensated at time-and-a-half the regular rate.

34.    At all relevant times, Defendants have willfully violated Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2). Defendants knew or should have known of the FLSA's overtime requirements but nevertheless employed workers without properly compensating them.

### Second Claim for Relief
### Recordkeeping Violations

35.    The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

36.    Defendants have violated Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), by failing to maintain, keep, make available (to the Acting Secretary's agents for inspection, transcription, and/or copying), and preserve accurate records of all employees and of the wages, hours, and other

conditions and practices of employment maintained, as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found at 29 C.F.R. part 516.

37.    At all relevant times, Defendants have willfully violated Section 11(c) of the FLSA, 29 U.S.C. §§ 211(c). Defendants knew of should have known of the FLSA's recordkeeping requirements, and continued to create and maintain inaccurate, incomplete, and/or falsified records of employees' hours worked, and wages paid.

## **PRAYER FOR RELIEF**

WHEREFORE, good cause having been shown, the Acting Secretary prays for judgment against Defendants as follows:

A.    For an Order: Under Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the FLSA including: Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207, 215(a)(2); and Sections 11(c), 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5).

B.    For an Order:

1. Under Section 16(c) of the FLSA, 29 U.S.C. § 216(c) finding Defendants liable for all wages due, including and overtime, beginning on August 30, 2019, to all Defendants' employees including the employees listed in attached Exhibit A and other employees not presently known to the Acting Secretary, and an additional equal amount as liquidated damages; or

2. In the event liquidated damages are not awarded, under Section 17 of the FLSA, 29 U.S.C. § 217, enjoining and restraining Defendants and their officers, agents, servants, employees, and

those persons in active concert or participation with Defendants, from withholding payment of unpaid back wages found to be due from at least August 30, 2019, to Defendants' employees, and pre-judgment interest at an appropriate interest rate;

C.    For an Order providing such further legal and equitable relief as may be deemed necessary or appropriate;

D.    For an Order awarding the Acting Secretary the costs of this action; and

E.    For an Order awarding the Acting Secretary any other relief that the Court deems necessary and appropriate.

Dated: September 27, 2024           Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

 /s/ Eduard R. Meleshinsky

Eduard Meleshinsky
Trial Attorney

**EXHIBIT A**

| First Name | Last Name |
|---|---|
| Carlos | Aguilar |
| Gildardo | Aguilar |
| Felipe C | Aguirre |
| Hans William | Aguirre Vela |
| Estefany A. | Alas Cordova |
| Daniel | Aldana |
| Juan | Aldana |
| Alejandro | Alegre |
| Rogelio | Alegre |
| Jesus Agustin | Alfaro |
| Marco A. | Almazan |
| Jose | Alvarado |
| Carlos | Alvarez |
| Humberto | Alvarez |
| Martin | Alvarez |
| Martin | Alvarez Alejo |
| Martin | Alvarez C |
| Isai | Alvarez Maldonado |
| Joel A | Amado |
| Silvio J | Amador |
| Jorge | Amezcua |
| Lorenzo | Amezcua |
| Abel Onick | Andrade |
| Rodolfo | Angulo |
| Luis | Antunez |
| Carlos | Arevalo |
| Juan | Arevalo |

| Kevin | Arevalo |
|---|---|
| William | Arevalo |
| Santiago Ricardo | Arguello Santos |
| Eduardo | Arias |
| Antonio | Armas |
| Jonas | Armenta |
| Daniel | Arreola Chavez |
| Raul | Avalos |
| Gerardo | Ayala |
| Gerardo C. | Ayala |
| Juan | Ayala |
| Mario Carlos | Balderas |
| Maykol Steven | Barahona |
| Abel | Barajas |
| Florensio | Barajas |
| Jesus | Barajas Sanchez |
| Florensio | Barajaz |
| Jonathan | Barreto |
| Gerson | Barrios |
| Jonathan E. | Barrios |
| Ulyses G | Barron |
| Jenifer V. | Baten |
| Axil Roberto | Bautista |
| Jocsan | Bautista |
| Karin | Bedolla |
| Lazaro | Beltran |
| Oscar De Jesus | Berganza |
| Daniel | Bernal |
| German | Bernal |

| Oscar | Bernal |
|---|---|
| Hector S | Betancourt |
| Benito | Bravo |
| Michael | Bravo |
| Jose M | Bravo Aragon |
| Aguilar | Bryan |
| Gerber | Bueso |
| Jose De Jesus | Cabrera |
| Daniel | Calderon |
| Jose M | Calderon |
| Jose A | Calderon Arita |
| Jorge Luis | Calixto |
| Diego | Calvo |
| Jesus | Camacho |
| Yaneth | Campos |
| Erick | Carbajal |
| Valdemar | Cardona |
| Ramon | Cardoza |
| Gabriel | Carrasco Ruiz |
| J Jesus | Carrazco |
| Adriana Cecilia | Carrillo |
| Willian A. | Cartagena |
| Elias | Carvajal |
| Daniel A. | Casas Ramirez |
| Valentin | Casiano |
| Alan H. | Casillas Sanchez |
| Alvaro | Castellon |
| Gilberto | Castellon |
| Mario | Castellon Curiel |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| Jesus | Castillo |
|---|---|
| Juan | Castillo |
| Douglas | Castro |
| Jesus A | Castro |
| Jose Antonio | Castro |
| Jovany | Castro |
| Angel | Catalan |
| Gonzalo | Catalan |
| Hilda L | Catalan |
| Rony | Catalan |
| William | Catalan |
| Carlos | Centeno |
| David | Cervantes |
| Ricardo | Cervantes |
| Jose | Cervantes Herrera |
| Santiago | Chan |
| Carlos | Chavez |
| Alejandro | Chavez Diaz |
| Rojelio | Checa |
| Antonio | Cipriano |
| Efrain | Cipriano |
| Misael | Cipriano |
| Luis | Cisneros |
| Lilian J | Cisneros Menendez |
| Cesar | Comez |
| Juan | Contreras |
| Juan J | Cordero |
| Edwin R. | Cornejo |
| Emanuel | Coronado |
| Johan E | Coronado Diaz |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| Juan | Cortes |
|------|--------|
| Roberto | Cruz |
| Julio A | Cuevas |
| Jaime | Curro Vergara |
| Andres | De La Luz |
| Gilberto M | De Leon |
| Victor M | Delgado |
| Evelyn | Deras |
| Alejandro | Diaz |
| Daniel | Diaz |
| David | Diaz |
| Exael | Diaz |
| Francisco | Diaz |
| Gloria E | Diaz |
| Jose | Diaz |
| Ramon | Diaz |
| Troy | Dumon |
| Raul | Duran |
| Rodrigo | Enriquez |
| David E | Escobar |
| Hugo | Espinoza |
| Mario Y | Espinoza |
| Elvia 0. | Espiritu |
| Miguel | Estrada |
| Sebastian Santiago | Ezequiel |
| Juan | Felix |
| Luis | Florentino |
| Eric J. | Flores |
| Jose A | Flores |
| Ottoniel | Flores |
| Severiano | Flores |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Victor | Flores |
| Raul | Franco |
| Angel | Fregoso |
| Jose | Frutos |
| Julio C | Frutos |
| Luis | Frutos |
| Eduardo | Fuentes |
| Jorge | Fuentes |
| Maximo | Fuentes |
| Enrique | Gabino |
| Felipe | Galeana |
| Jose | Galeana |
| Rogelio | Galeana |
| Alejandro | Gallardo |
| Alfredo | Gallardo |
| Felipe | Gallardo |
| Rogelio | Gallardo |
| Luis | Galvan |
| Jazmin Lucero | Galviz |
| Sergio | Garay Lemus |
| Alejandro | Garcia |
| Alfredo | Garcia |
| Aurelio | Garcia |
| Benjamin | Garcia |
| Diana | Garcia |
| Gilberto | Garcia |
| Guadalupe | Garcia |
| Ivan | Garcia |
| Jorge | Garcia |
| Jose A | Garcia |
| Jose G | Garcia |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR
LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Juan Carlos | Garcia |
| Noe | Garcia |
| Refugio | Garcia |
| Rey | Garcia |
| Yuriel | Garcia |
| Israel | Garcia Blanco |
| Rey | Garcia Flores |
| Nestor Daniel | Garcia Hernandez |
| Jose | Garcia Lopez |
| Ivan | Garrido |
| Juan | Gaspar Villanueva |
| Francisco J | Gastelum |
| Carlos | Gil |
| Juan A. | Godinez |
| Cesar | Gomez |
| Ezequiel | Gomez |
| Jerson J | Gomez |
| Eric | Gonzalez |
| Everardo | Gonzalez |
| Gilberto | Gonzalez |
| Joel | Gonzalez |
| Martin E | Gonzalez |
| Miguel A | Gonzalez |
| Nazario | Gonzalez |
| Lenin | Gonzalez Mejia |
| Esteban | Gonzalez Ramirez |
| Jose | Granda |
| Alejandro | Guadarrama |
| Merlin | Guardado |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Erick | Guerra |
| Jose J | Guevara Cruz |
| Ana Marcela | Guevara Rodriguez |
| Arturo | Guiroga |
| Ricardo | Guirola |
| Ricardo Antonio | Guirola |
| Pedro | Gutierrez |
| Luis | Guzman |
| Armando | Heredia |
| Agustin | Hernandez |
| Arturo | Hernandez |
| Claudio L. | Hernandez |
| Daisy | Hernandez |
| Edwin Omar | Hernandez |
| Eric | Hernandez |
| Evelin Diocselinda | Hernandez |
| Hilda L. | Hernandez |
| Honorio | Hernandez |
| Ismael | Hernandez |
| Isnelio | Hernandez |
| Jose Guadalupe | Hernandez |
| Moises | Hernandez |
| Ramiro | Hernandez |
| Bryan A. | Hernandez Diaz |
| Francisco | Hernandez Jimenez |
| Ramon | Hijar |
| Agustin | Hinojoza |
| Jorge A | Hurtado |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR
LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Ulises Manuel | Ibarra Meza |
| Alfonso | Iglesias |
| Federico | Jacinto |
| Marcos | Jacobo |
| Jovita | Jaimes |
| Rosivelia | Jaimes |
| Sergio | Jaimes |
| Juan | Jimenes |
| Hugo | Jimenez |
| Ismael | Jimenez |
| Joaquin | Jimenez |
| Jose | Jimenez |
| Jose De Jesus | Jimenez |
| Juan | Jimenez |
| Raul | Jimenez |
| Ubaldo | Jimenez |
| Melvin | Juarez |
| Oscar | Juarez |
| Agustin | Leon |
| Gustavo | Leonardo |
| Adrian | Lepe |
| Claudio | Liberato |
| Juan M | Linares |
| Mario | Llamas |
| Alvaro | Loa |
| Amilcar E. | Lopez |
| Arminda | Lopez |
| Benito | Lopez |
| Delia | Lopez |
| Duglas | Lopez |
| Eloy | Lopez |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| Fredy | Lopez |
|---|---|
| Jason | Lopez |
| Javier M | Lopez |
| Jesus | Lopez |
| Jonatan Josue | Lopez |
| Nicole | Lopez |
| Olivero Pablo | Lopez |
| Samuel | Lopez |
| Dagoberto | Lopez Valdez |
| Gustavo | Lumbreras |
| Jose D | Luna |
| Isaias | Macario |
| Tomas | Macario |
| Jose F | Macedo |
| Cesar | Magana |
| Esteban | Maldonado |
| Jorge A | Maldonado |
| Kedin | Maldonado |
| Misael | Maldonado |
| Rosbel | Maldonado |
| Wilber | Maldonado |
| Alejandra | Martinez |
| Alejandro | Martinez |
| Daniel | Martinez |
| Eduardo | Martinez |
| Fernando | Martinez |
| Guadalupe | Martinez |
| Jonathan | Martinez |
| Julio | Martinez |
| Julio Cesar | Martinez |
| Marcos | Martinez |
| Mariana | Martinez |

| | |
|---|---|
| Marlon | Martinez |
| Paulino | Martinez |
| Ramon | Martinez |
| Victoria | Martinez |
| Luis | Mayo |
| Santa Cruz | Mayo Villanueva |
| Jose | Medina |
| Santiago | Mejia |
| Sussei | Mendez |
| Eberto | Mendoza |
| Gualberto | Mendoza |
| Juan C. | Mendoza |
| Roberto C | Mendoza Lazo |
| Erasto | Mercado |
| Flavio C. | Mercado |
| Samuel | Mil Velasco |
| Mauro | Molina |
| Ricardo | Molina |
| Manuel | Montecinos |
| Juan | Montero |
| Francisco Javier | Montes Tarango |
| Mario | Morales |
| Enrique | Munoz |
| Jesus | Munoz |
| Jose | Murcia |
| Manuel | Murillo - Perez |
| Adrian Fernando | Nava |
| Roberto | Navarrete |
| Miguel | Navarro |

| | |
|---|---|
| Juan | Negrete |
| Daniel | Nez |
| Alejandro | Nunes |
| Sammy A | Nunez |
| Gerardo | Oblea |
| Juan | Ochoa Lozano |
| Marvin A | Ordones Moza |
| Daniel | Orozco |
| Marco A | Orozco |
| Danae | Ortega |
| Kevin I | Ortega |
| Kevin J | Ortega |
| Saul | Ortis |
| Jose Juan | Ortiz |
| Luis | Ortiz |
| Luis Alberto | Ortiz |
| Vladimir A | Ortiz |
| Jose E. | Ortiz Carbajal |
| Juan I | Ortiz Juarez |
| Olegario | Osorio Peralta |
| Salvador | Oxlaj |
| Santiago | Pacheco |
| Maria | Palacios |
| Jesus | Paredes |
| Edin | Paz |
| Alejandro | Pedroza |
| Victor H | Pedroza |
| Ruben | Pedroza P |
| Juan | Pelestor |
| Alexander | Pena |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR
LABOR STANDARDS ACT

| | |
|---|---|
| Francisco Javier | Pena |
| Juan J | Pena |
| Oscar | Pena |
| Ruben A | Pena Anaya |
| Jose C | Pena Meda |
| Olga | Perales |
| Anival | Perez |
| Antonio | Perez |
| Carlos | Perez |
| Geronimo | Perez |
| Isabel | Perez |
| Ivan | Perez |
| Jose | Perez |
| Jose A | Perez |
| Juan Pablo | Perez |
| Luciano | Perez |
| Rosalina | Perez |
| Inosencio | Perez Martinez |
| Thyrese J. | Peters-Simmons |
| Gustavo | Pleitez |
| Jairo A | Portillo |
| Arturo | Quiroga |
| Alicia | Ramirez |
| Brayan | Ramirez |
| Enrique | Ramirez |
| Luis | Ramirez |
| Mervin A | Ramirez |
| Xicotencatl | Ramirez |
| Brandon D | Ramirez Nava |

| | |
|---|---|
| Miguel | Ramirez Pochote |
| Alexander | Ramirez Villanueva |
| Felipe | Ramos |
| Samuel | Ramos |
| Yeyson | Ramos |
| Juan Carlos | Rangel |
| Jose | Regalado |
| Roberto | Rete |
| Alfredo | Reyes |
| Gustavo | Reyes |
| Juan | Reyes |
| Pedro | Reyes |
| Juan | Reynaga |
| Jose E. | Reynoso |
| Miguel | Reza |
| Mario | Rickof |
| Angel | Rios |
| Walter | Rios |
| David | Rivas |
| Dario | Rivera |
| Francisco | Rivera |
| Rafael A | Rivera |
| Zeinada Patricia | Rivera Cruz |
| Obed | Robles |
| Massiel L | Rocha |
| Marvin A | Rodas |
| Adan | Rodriguez |
| Alexander | Rodriguez |
| Esteban | Rodriguez |
| Gerardo | Rodriguez |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR
LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Guadalupe | Rodriguez |
| Jose A. | Rodriguez |
| Juan R | Rodriguez |
| Julio A. | Rodriguez |
| Pedro | Rodriguez |
| Josue | Rodriguez Amaya |
| Bernie | Rodriguez Marcial |
| Esteban | Rojas |
| Martin | Rojas |
| Omar | Rojas |
| Sebastian | Rojas |
| Guillermo | Roman |
| Eugenio | Romero |
| Rafael | Romero |
| Santos | Romero |
| Elias G | Romero Beltran |
| Ismael | Romero Beltran |
| Eugenio | Romero Leyva |
| Perez | Rosalina |
| Alejandro | Rosas |
| Jose Alfredo | Rosas |
| Leandro | Rosas |
| Luis Rey | Rosas |
| Yobany | Rosas |
| Emma | Rubio |
| Mauricio | Ruelas |
| Ariel A. | Ruiz |
| Eduardo | Saico |
| Fredy B | Salamanca |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Marcos | Salas |
| Michael | Salas |
| Jose J | Salazar |
| Jose | Salazar Hernandez |
| Cristian | Salinas |
| Douglas | Salinas |
| Jorge Luis | Salinas |
| Jose J. | Salinas |
| Pablo | Salinas |
| William A | Salinas Cartagena |
| Daniel | Sanchez |
| Diego | Sanchez |
| Luis | Sanchez |
| Ramona | Sanchez |
| Salvador | Sanchez |
| Saul | Sanchez |
| Victorino | Sanchez |
| Roque | Sanchez Brito |
| Silvia J. | Sandoval |
| Ezequiel | Sebastian Santiago |
| Jose | Serna |
| Eloy | Serrano |
| Francisco | Servantes |
| David | Solis |
| Hector | Solis |
| Noel | Tejada |
| Alfredo | Torres |
| Anthony | Torres |
| Ismael | Torres |
| Pedro | Torres |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Roberto | Torres |
| Sergio | Torres Landeros |
| Daniel | Torres Vega |
| Henry | Turcios |
| Jorge A. | Turcios |
| Jansy S | Turcios Andrades |
| Joel | Ulloa |
| Julio | Urias |
| Ryan Q. | Vadamae |
| Holman M. | Valbuena |
| Johan F. | Valbuena |
| Jennifer Arely | Valdez Hernandez |
| Juan | Valencia |
| Eduardo | Valladares |
| Carlos | Vasquez |
| Christopher Y | Vasquez |
| Manuel A | Vasquez |
| Reveriano | Vasquez |
| Riveriano | Vasquez |
| Arturo | Vega |
| Daniel | Vega |
| Efrain | Vega |
| Jorge A | Vega |
| Rogelio | Vega |
| Alfredo | Velazquez |
| Benjamin | Velazquez |
| Carlos | Velazquez |
| Emigdio | Verdugo |
| Angel I | Vicente |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR
LABOR STANDARDS ACT

Case No. 5:24-cv-02077

| | |
|---|---|
| Jose M | Vicente |
| Miguel A | Vicente |
| Adrian | Vides |
| Luis F | Vilchis |
| Jose | Villa |
| Victoriano | Villalvazo |
| Claudio C | Villanueva |
| Lazaro | Villanueva |
| Marcos A | Villanueva |
| Mario A | Villanueva Ramirez |
| Ivan | Villavicencio |
| Jordan | Wilbert |
| Carlos | Yacon |
| David | Yacon |
| Carlos | Zamora |
| Pedro | Zarco |
| Carlos C | Zavala |
| Alexis | Zepeda |
| Santos | Zepeda |
| Santiago | Zuniga |

COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT

Case No. 5:24-cv-02077