MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
Eduard R. Meleshinsky (SBN 300547)
Julia B. Hayer (SBN 333454)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7744
Email: Meleshinsky.eduard.r@dol.gov
*Attorneys for Plaintiff Lori Chavez-DeRemer
United States Secretary of Labor*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>　　Secretary of Labor,<br>　　　United States Department of Labor,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　v.<br>FIRST QUALITY PAINTING, INC., et al.,<br>　　　　　　　　　　　　　Defendants. | Case No. 5:24-cv-02077-JGB-KS<br><br>**NOTICE OF CONTINGENT SETTLEMENT AND REQUEST TO VACATE THE SEPTEMBER 15, 2025 HEARING** |

The parties have reached a tentative settlement contingent on agreement to the terms of a Consent Judgment and Permanent Injunction ("Consent Judgment"). The Consent Judgment will be filed within 15 days of this notice. Plaintiff requests that the Court vacate the hearing on Plaintiff's Motion for Review (ECF No. 49) scheduled for September 15, 2025 at 9 a.m. Plaintiff requests the opportunity to reset the hearing if the parties fail to finalize the terms of the Consent Judgment within the 15 days of this notice, i.e., by September 23, 2025.

Respectfully submitted,

Dated: September 8, 2025

JONATHAN L. SNARE
Acting Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

__/s/ Eduard R. Meleshinsky_____
EDUARD R. MELESHINSKY
JULIA B. HAYER
Trial Attorneys

*Attorneys for Plaintiff Lori Chavez-DeRemer, United States Secretary of Labor*