MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
Eduard R. Meleshinsky (SBN 300547)
Julia B. Hayer (SBN 333454)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7744
Email: Meleshinsky.eduard.r@dol.gov
*Attorneys for Plaintiff Lori Chavez-DeRemer
United States Secretary of Labor*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>  Secretary of Labor,<br>    United States Department of Labor,<br><br>                              Plaintiff,<br><br>    v.<br><br>FIRST QUALITY PAINTING, INC., et al.,<br><br>                              Defendants. | Case No. 5:24-cv-02077-JGB-KS<br><br>**SECRETARY'S NOTICE OF SETTLEMENT** |

1  The parties previously reached a tentative settlement and so notified the
2  Court. ECF No. 55. The Court ordered the parties to file the consent judgment on
3  or before September 23, 2025. ECF No. 56. The parties were not able to reach
4  agreement on all the consent judgment terms by that date and so notified the Court.
5  ECF No. 57. The parties continued negotiating and have now been able to agree on
6  all the terms of a Consent Judgment and Permanent Injunction ("Consent
7  Judgment").

8  Consistent with the Court's prior order (ECF No. 56), the Secretary requests
9  that the Court order the parties to submit the fully-executed Consent Judgment for
10 the Court's approval on or before October 8, 2025 to permit time for the parties to
11 gather signatures. Further, the Secretary requests that the Court vacate the hearing
12 date on the Secretary's Motion for Review (ECF No. 49) presently scheduled for
13 November 3, 2025.

Respectfully submitted,

Dated: September 30, 2025

JONATHAN L. SNARE
Acting Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

__/s/ Eduard R. Meleshinsky_____
EDUARD R. MELESHINSKY
JULIA B. HAYER
Trial Attorneys

*Attorneys for Plaintiff Lori Chavez-DeRemer, United States Secretary of Labor*