UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>   Secretary of Labor,<br>     United States Department of Labor,<br><br>                     Plaintiff,<br>    v.<br>FIRST QUALITY PAINTING, INC.; SAM JIMENEZ,<br>                     Defendants. | Case No. 5:24-cv-2077-JGB-KS<br><br>**ORDER** |

    The Secretary of Labor filed a notice of settlement and requests to vacate the November 3, 2025 hearing. For good cause shown, the parties are ordered to file a proposed Consent Judgment on or before October 28, 2025. Further, the Court vacates the November 3, 2025 hearing regarding the Secretary's Motion for Review (ECF No. 49).

    **IT IS SO ORDERED.**

Dated: October 22, 2025

                                                Jesus G. Bernal
                                                United States District Judge